FAIRFIELD COUNTY TRUST COMPANY *v.* ABE
STEINBRECHER

The petition by the defendant for certification for
appeal from the Appellate Division of the Circuit
Court is denied.

*Sidney Vogel,* in support of the petition.

*Lawrence P. Dennin, Jr.,* in opposition.

Submitted January 16—decided February 4, 1969

JOSEPH L. DeMARIA *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF ENFIELD ET AL.

PETER RUSSELL ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF ENFIELD ET AL.

The motion by the defendant Connecticut Diversi-
fied Investors Corporation for permission to file a
motion to have this court (a) order the trial court to
complete the record in the appeal from the Court
of Common Pleas in Hartford County or (b) find
the case can be decided on the existing record is
denied.

*Charles W. Page,* on the motion.